ELEANOR C. ROSEKRANS, Appellant, *v.* MARIE ROSEKRANS, Individually and as Administratrix of THOMAS ROSEKRANS, Deceased, Respondents, and ELIZABETH ROSEKRANS et al., Appellants, Impleaded with Others.

*Rosekrans* v. *Rosekrans*, 163 App. Div. 730, affirmed.
(Argued January 30, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 28, 1914, affirming a judgment in favor of defendants, respondents, entered upon a decision of the court on trial at Special Term in an action to partition real property belonging to the estate of Thomas Rosekrans, deceased. The material issue arose upon the answer of the defendant Doris Marie Rosekrans, whereby she claimed to be the sole heir at law as an adopted child of the decedent.

*Amos Van Etten* and *George A. Clement* for appellants.

*Charles J. McDermott, K. C. McDonald* and *Emory F. Dyckman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and CRANE, JJ.